FRANK W. BUGRYN, JR., ET AL. *v.* CITY OF
BRISTOL ET AL.

CITY OF BRISTOL *v.* FRANK W. BUGRYN, JR., ET AL.

CITY OF BRISTOL *v.* FRANK W. BUGRYN, JR.

The petition for certification by Frank W. Bugryn, Jr., John Bugryn, Nellie Fillipetti, Michael Dudko and Mary Dudko, for appeal from the Appellate Court, 63 Conn. App. 98 (AC 20511), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Bridget C. Gallagher,* in support of the petition.

*Brian T. Henebry,* in opposition.

Decided June 7, 2001

CONNECTICUT RESOURCES RECOVERY
AUTHORITY ET AL. *v.* FREEDOM OF
INFORMATION COMMISSION ET AL.

The defendant Ethan Book, Jr.'s, petition for certification for appeal from the Appellate Court, 60 Conn. App. 911 (AC 19437), is dismissed.

KATZ, J., did not participate in the consideration or decision of this petition.

*Ethan Book, Jr.,* pro se, in support of the petition.

Decided June 14, 2001